# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In Re:

LANCE KEVIN OSTROWSKI

Debtor(s)

Case No. 1:16-bk-34839

Chapter 13

Honorable Jack B. Schmetterer

## NOTICE OF MOTION

To:  Tom Vaughn, Chapter 13 Trustee (via CM/ECF)
*See attached service list (*via United States First Class Mail®)

PLEASE TAKE NOTICE that on February 13, 2019 at 10:00 a.m., the undersigned will appear before the Honorable Jack B. Schmetterer at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Courtroom 682, Chicago, Illinois and will then and there present **DEBTOR'S MOTION TO INCUR OR OBTAIN DEBT,** at which time you may appear, if you so choose.

## CERTIFICATE OF SERVICE

I, Joseph Scott Davidson, hereby certify that I caused a copy of this notice and motion to be served, via electronic case filing to Tom Vaughn, Chapter 13 Trustee and via United States First Class Mail to all parties listed on the attached service list, on January 23 2019 before the hour of 5:00 p.m. from the office located at 2500 South Highland Avenue, Suite 200, Lombard, Illinois 60148.

*/s/ Joseph S. Davidson*

Joseph S. Davidson
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

*Counsel for Lance Kevin Ostrowski*

```
Label Matrix for local noticing        Deutsche Bank National Trust Company As Trus    Ocwen Loan Servicing, LLC as servicer for Ci
0752-1                                 C/O Codilis & Associates, P.C.                  c/o Codilis & Associates
Case 16-34839                          15W030 N Frontage Road, Suite 100               15W030 N. Frontage Road, Suite 100
Northern District of Illinois          Burr Ridge, IL 60527-6921                       Burr Ridge, IL 60527-6921
Eastern Division
Tue Jan 22 20:10:15 CST 2019

Ocwen Loan Servicing, LLC as servicer for Ci    Ocwen Loan Servicing, LLC as servicer for De    Ocwen Loan Servicing, LLC as servicer for Mo
c/o Codilis & Associates, P.C.                  c/o Codilis & Associates, P.C.                  c/o Codilis & Associates
15W030 North Frontage Road, Suite 100           15W030 North Frontage Road, Suite 100           15W030 N. Frontage Road, Suite 100
Burr Ridge, IL 60527-6921                       Burr Ridge, IL 60527-6921                       Burr Ridge, IL 60527-6921


U.S. Bankruptcy Court                  Citizens Bank N.A.                              Citizens Bank N.A. fka, RBS Citizens N.A. an
Eastern Division                       c/o Ocwen Loan Servicing, LLC                   c/o Codilis & Associates PC
219 S Dearborn                         Attn:  Bankruptcy Department                    15W030 North Frontage Road
7th Floor                              P.O. Box 24605                                  Suite 100
Chicago, IL 60604-1702                 West Palm Beach, FL  33416-4605                 Burr Ridge, IL 60527-6921


Codilis & Associates, P.C.             Comcast                                         Flagler Hospital
15W030 N. Frontage Rd.                 One Comcast Center                              400 Health Park Blvd.
Burr Ridge, IL 60527-6921              Philadelphia, PA 19103-2899                     Saint Augustine, FL 32086-5790




Illinois Student Assistance Commission     Lillian S. Ostrowski                        Navient
1755 Lake Cook Rd                          821 S. Prospect Ave.                        Attn: Claims Dept
Deerfield, IL 60015-5209                   Park Ridge, IL 60068-4724                   Po Box 9500
                                                                                       Wilkes-Barr, PA 18773-9500



Navient                                Navient Solutions, Inc. on behalf of TGSLC      Northshore
Po Box 9500                            P.O. Box 83100                                  23056 Network Pl.
Wilkes Barre, PA 18773-9500            Round Rock, TX 78683-3100                       Chicago, IL 60693-0001



Ocwen Loan Servicing, LLC              Ocwen Loan Servicing, LLC                       Ocwen Loan Servicing, LLC as servicer as Deu
1661 Worthington Rd.                   Attn:  Bankruptcy Department                    c/o Codilis & Associates
Suite 100                              P.O. Box 24605                                  15W030 N. Frontage Road, Suite 100
West Palm Beach, FL 33409-6493         West Palm Beach, FL  33416-4605                 Burr Ridge, IL 60527-6921


US DEPT OF EDUCATION                   Us Dept of Ed/Great Lakes Educational Lo        Us Dept of Ed/Great Lakes Educational Lo
CLAIMS FILING UNIT                     2401 International Pkwy.                        Po Box 7860
PO BOX 8973                            Madison, WI 53704-3121                          Madison, WI 53707-7860
MADISON WI 53708-8973



Joseph S Davidson                      Lance Kevin Ostrowski                           Patrick S Layng
Sulaiman Law Group, Ltd.               821 S. Prospect Ave.                            Office of the U.S. Trustee, Region 11
2500 S. Highland Ave                   Park Ridge, IL 60068-4724                       219 S Dearborn St
Suite 200                                                                              Room 873
Lombard, IL 60148-7103                                                                 Chicago, IL 60604-2027


Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603-5764
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Navient<br>Attn: Claims Dept.<br>Po Box 9500<br>Wilkes-Barr, PA 18773-9500 | End of Label Matrix<br>Mailable recipients    27<br>Bypassed recipients     1<br>Total                   28 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In Re:

LANCE KEVIN OSTROWSKI

Debtor(s)

Case No. 1:16-bk-34839

Chapter 13

Honorable Jack B. Schmetterer

## DEBTOR'S MOTION TO INCUR OR OBTAIN DEBT

NOW COMES, LANCE KEVIN OSTROWSKI ("Debtor"), through counsel, SULAIMAN LAW GROUP, LTD., moves this Court for an order authorizing Debtor to incur or obtain debt, and in support thereof, states as follows:

1. On October 31, 2016, a bankruptcy case concerning Debtor was filed under Chapter 13 of the United States Bankruptcy Code.

2. On May 10, 2017, an Order Confirming Plan was entered.

3. Debtor's confirmed Chapter 13 Plan provides:

**Section D.** *Payments by debtor to the trustee; plan term and completion.*

1. *Initial plan term.* The debtor will pay to the trustee $3,990.00 monthly for 60 months, for total payments, during the initial plan term, of $239,400.00.

**Section E.** *Disbursements by the trustee.*

8. *General unsecured claims (GUCs).* All allowed nonpriority unsecured claims, not specially classified, including unsecured deficiency claims under 11 U.S.C. § 506(a), shall be paid, pro rata, in full.

4. Debtor intends to "cash-out" refinance the property located at 821 South Prospect Avenue, Park Ridge, Illinois 60068. Pursuant to the Loan Estimate, Debtor shall pay $3,459.57

monthly for 360 months at 7.000% interest - $520,000.00 loan amount. *See* Exhibit A, a true and correct copy of the Loan Estimate.

5. Debtor intends to utilize the loan proceeds to payoff the Chapter 13 bankruptcy case upon closing.

6. Secured creditor, Ocwen Loan Servicing LLC, shall be paid in full from the closing proceeds directly from the title company closing the loan.

WHEREFORE, Debtor respectfully requests this Court enter an order authorizing Debtor to refinance the property located at 821 South Prospect Avenue, Park Ridge, Illinois 60068, whereby Debtor shall utilize the loan proceeds to payoff the Chapter 13 bankruptcy case upon closing; and grant such other relief as this Court deems just and proper.

Dated: January 23, 2019                         Respectfully submitted,

*/s/ Joseph S. Davidson*

Joseph S. Davidson
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

*Counsel for Lance Kevin Ostrowski*